IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02596-PAB-BNB

KEITH DALTON,

Plaintiff,

v.

CARL TED MILLICE, III, and
CHERRY CREEK CLUB, LLC, d/b/a Cherry Creek Athletic Club,

Defendants.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion for Leave to File Amended Complaint** [docket no. 16, filed January 29, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED, and the Clerk of the Court is directed to accept for filing the attached Amended Complaint and Demand for Trial by Jury.


DATED:  February 10, 2014